PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN No. 300642
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DANIEL GREEN,<br><br>    Plaintiff,<br><br>vs.<br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-01381-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty-three (33) days from September 12, 2024, up to and including October 15, 2024.  This is the Defendant's first extension request.

    Defendant requests this extension in order to review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel was recently assigned this case along with several other cases, and now has five cases due in the week of September 12, 2024.  Defendant's counsel will endeavor to complete these tasks as soon as possible.  This request is

made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                           Respectfully submitted,

                                           LAW OFFICES OF FRANCESCO BENAVIDES

Dated:  August 29, 2024         /s/  *Francesco Paulo Benavides*\*
                                           (\*as authorized via e-mail)
                                           FRANCESCO PAULO BENAVIDES
                                           Attorney for Plaintiff

Dated:  August 29, 2024         PHILLIP A. TALBERT
                                           United States Attorney
                                           MATHEW W. PILE
                                           Associate General Counsel
                                           Social Security Administration

                                By:    /s/  *Michelle A. Pavelek*
                                           MICHELLE A. PAVELEK
                                           Special Assistant U.S. Attorney

                                           Attorneys for Defendant

## **ORDER**

    Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 15, 2024, to respond to Plaintiff's Brief and Plaintiff's optional reply brief will be extended to October 29, 2024.

    Dated:  August 29, 2024

                                             DENNIS M. COTA
                                           UNITED STATES MAGISTRATE JUDGE