1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   RAYMOND DANIEL GREEN,                    No. 2:24-CV-1381-DMC
12                   Plaintiff,
13          v.                                ORDER
14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                     Defendant.
16
17
18          Plaintiff, who is proceeding with retained counsel, brings this action for judicial
19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).
20          A review of the docket reflects that all parties have not notified the Court
21   regarding consent to proceed before a Magistrate Judge.  Pursuant to the Court's scheduling order
22   and Eastern District of California Local Rules, Appendix A, the time to do so has now expired.
23   Any party who has not already notified the Court regarding consent shall do so within 30 days of
24   the date of this order or show cause why sanctions should not be imposed. The Clerk of the Court
25   is directed to serve on all parties a copy of the Court's form entitled "Consent to Assignment or
26   Request for Reassignment."
27   / / /
28   / / /

1          The filing of a consent election form within the time provided herein shall
2  constitute an adequate response to this order to show cause, which will be discharged upon such
3  filing.
4          IT IS SO ORDERED.

6  Dated: June 5, 2025

                                               DENNIS M. COTA
                                               UNITED STATES MAGISTRATE JUDGE