UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DANIEL GREEN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:24-cv-01381-DAD-DMC (SS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND REMANDING THIS ACTION TO DEFENDANT COMMISSIONER<br><br>(Doc. Nos. 9, 13, 21) |

Plaintiff Raymond Daniel Green, proceeding with counsel, brought this action seeking judicial review of the Commissioner of Social Security's final decision denying plaintiff's application for benefits under the Social Security Act.  The matter was referred toa United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 5, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for summary judgment (Doc. No. 9) be granted, defendant's cross-motion for summary judgment (Doc. No. 13) be denied, the defendant Commissioner's decision be reversed, this action be remanded to the defendant Commissioner for further proceedings, and judgment be entered in favor of plaintiff.  (Doc. No. 21 at 14–15.)

1 | Specifically, the magistrate judge concluded that the administrative law judge ("ALJ") erred in
2 | rejecting plaintiff's subjective testimony regarding pain, lower extremity dysfunction, and
3 | tiredness by failing to identify which specific portions of plaintiff's testimony were undermined
4 | by specific portions of the record as required under the applicable legal standards. (*Id.* at 13.)
5 | The magistrate judge also concluded that the ALJ had erred in failing to explain how plaintiff's
6 | activities of daily living were inconsistent with his inability to sustain full-time work. (*Id.* at 14.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 15.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on August 5, 2025 (Doc. No. 21) are adopted in full;
2. Plaintiff's motion for summary judgment (Doc. No. 9) is granted;
3. Defendant's cross-motion for summary judgment (Doc. No. 13) is denied;
4. The case is remanded to the Commissioner for further proceedings consistent with this order; and
5. The Clerk of the Court is directed to enter judgment in favor of plaintiff and close this case.

IT IS SO ORDERED.

Dated: **September 12, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2