1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  RAYMOND DANIEL GREEN,                    No.  2:24-cv-01381-DAD-DMC (SS)

12           Plaintiff,

13     v.                                    ORDER ADOPTING THE PARTIES'
                                             STIPULATION FOR THE AWARD OF
14  COMMISSIONER OF SOCIAL                   ATTORNEY'S FEES UNDER THE EQUAL
    SECURITY,                                ACCESS TO JUSTICE ACT
15
             Defendant.                      (Doc. No. 24)
16

17

18        On May 15, 2024, plaintiff Raymond Daniel Green filed this action seeking review of a

19  final decision of defendant Commissioner of Social Security.  (Doc. No. 1.)  On September 15,

20  2025, the matter was remanded to the Commissioner of Social Security for further proceedings

21  consistent with this court's order.  (Doc. No. 22.)  On September 19, 2025, the parties filed a

22  stipulation with the court in which the parties agree that plaintiff shall be awarded attorney's fees

23  under Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $9,600.00.

24  (Doc. No. 24.)

25        Good cause appearing, and pursuant to the parties' September 19, 2025 stipulation, the

26  court orders as follows:

27        1.      Pursuant to the EAJA, 28 U.S.C. § 2412(d), plaintiff is awarded attorney's fees in

28                the amount of $9,600.00;

1

2.    After the issuance of this order the government shall consider the assignment of the EAJA attorney's fees to plaintiff's counsel:

    a.    Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such assignment will depend on whether the attorney's fees are subject to any offset allowed under the United States Department of Treasury's ("the DOT") Offset Program;

    b.    Fees shall be made payable to plaintiff, but if the DOT determines that plaintiff does not owe a federal debt, then the government shall cause the payment of attorney's fees to be made to be made directly to plaintiff's counsel, Francesco Benavides; and

3.    Whether the payment of attorney's fees is made payable to plaintiff or to her counsel, the check shall be mailed to plaintiff's counsel's mailing address at:

Francesco Paulo Benavides
Law Offices of Francesco Benavides
1990 N. California Blvd.
8th Floor
Walnut Creek, CA 94596

IT IS SO ORDERED.

Dated:  **September 22, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE